# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 25-8012    Short Title: Monterey Bay Aquarium Foun

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Monterey Bay Aquarium Foundation                                                                as the

[ ] appellant(s)           [ ] appellee(s)           [ ] amicus curiae

[✓] petitioner(s)          [ ] respondent(s)         [ ] intervenor(s)

/s/ Lisa S. Blatt
Signature

4/29/2025
Date

Lisa S. Blatt
Name

Williams & Connolly LLP
Firm Name (if applicable)

202-434-5000
Telephone Number

680 Maine Avenue SW
Address

202-434-5029
Fax Number

Washington, DC 20024
City, State, Zip Code

lblatt@wc.com
Email (required)

Court of Appeals Bar Number: 1140130

Has this case or any related case previously been on appeal?

[ ] No          [✓] Yes    Court of Appeals No. 25-1206

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).