No. 25-8012

# In the United States Court of Appeals for the First Circuit

**MONTEREY BAY AQUARIUM FOUNDATION,**
*Defendant-Petitioner,*

*v.*

**BEAN MAINE LOBSTER, INC.; MAINE LOBSTERMEN'S ASSOCIATION; MAINE COAST FISHERMEN'S ASSOCIATION, INC.; MAINE LOBSTER AND PROCESSING, LLC, d/b/a ATWOOD LOBSTER, LLC; BUG CATCHER, INC.,**
*Plaintiffs-Respondents.*

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT-PETITIONER MONTEREY BAY AQUARIUM FOUNDATION**

RUSSELL B. PIERCE, JR.
NORMAN, HANSON, & DETROY, LLC
  2 Canal Plaza, P.O. Box 4600
  Portland, ME 04112
  (207) 774-7000
  rpierce@nhdlaw.com

LISA S. BLATT
  *Counsel of Record*
JOSEPH M. TERRY
AMY MASON SAHARIA
NICHOLAS G. GAMSE
ALEXANDRA M. GUTIERREZ
CLAIRE R. CAHILL
WILLIAMS & CONNOLLY LLP
  680 Maine Avenue, S.W.
  Washington, DC 20024
  (202) 434-5000
  (202) 434-5029 (fax)
  lblatt@wc.com

## CORPORATE DISCLOSURE STATEMENT

In accordance with FRAP 26.1(a), Monterey Bay Aquarium Foundation states that it is a nonprofit corporation, incorporated under the laws of the State of California with its principal place of business in Monterey, California. There are neither parent corporations nor publicly held corporations owning 10% or more of stock or an ownership interest in Monterey Bay Aquarium Foundation.

                                                Respectfully submitted,

|  |  |
|---|---|
|  | /s/ *Lisa S. Blatt* |
| RUSSELL B. PIERCE, JR. | LISA S. BLATT |
| NORMAN, HANSON & DETROY, LLC | JOSEPH M. TERRY |
|   *2 Canal Plaza, P.O. Box 4600* | AMY MASON SAHARIA |
|   *Portland, ME 04112* | NICHOLAS G. GAMSE |
|   *(207) 774-7000* | ALEXANDRA M. GUTIERREZ |
|   *rpierce@nhdlaw.com* | CLAIRE R. CAHILL |
|  | WILLIAMS & CONNOLLY, LLP |
|  |   *680 Maine Avenue, S.W.* |
|  |   *Washington, DC 20024* |
|  |   *(202) 434-5000* |
|  |   *lblatt@wc.com* |
|  | *Counsel for Defendant-Petitioner Monterey Bay Aquarium Foundation* |

APRIL 29, 2025

## CERTIFICATE OF SERVICE

I, Lisa S. Blatt, counsel for Defendant-Petitioner Monterey Bay Aquarium Foundation, certify that, on April 29, 2025, a copy of the attached Corporate Disclosure Statement of Defendant-Petitioner Monterey Bay Aquarium Foundation was filed with the Clerk and served on the parties through the Court's electronic filing system. I further certify that all parties required to be served have been served.

/s/ *Lisa S. Blatt*
LISA S. BLATT