# United States Court of Appeals
## For the First Circuit

## NOTICE OF APPEARANCE

**No.** 25-8012                **Short Title:** Monterey Bay Aquarium Foun

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Monterey Bay Aquarium Foundation _____ as the

[ ] appellant(s)           [ ] appellee(s)           [ ] amicus curiae

[✓] petitioner(s)          [ ] respondent(s)         [ ] intervenor(s)

/s/ Joseph M. Terry                             4/29/2025
Signature                                       Date

Joseph M. Terry
Name

Williams & Connolly LLP                         202-434-5000
Firm Name (if applicable)                       Telephone Number

680 Maine Avenue SW                             202-434-5029
Address                                         Fax Number

Washington, DC 20024                            JTerry@wc.com
City, State, Zip Code                           Email (required)

Court of Appeals Bar Number: 1215933

Has this case or any related case previously been on appeal?

[ ] No         [✓] Yes   Court of Appeals No. 25-1206

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).