# United States Court of Appeals
## For the First Circuit

## NOTICE OF APPEARANCE

**No.** 25-8012          **Short Title:** Monterey Bay Aquarium Foun

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
<u>Monterey Bay Aquarium Foundation</u> as the

[ ] appellant(s)         [ ] appellee(s)         [ ] amicus curiae

[✓] petitioner(s)        [ ] respondent(s)       [ ] intervenor(s)

<u>/s/ Alexandra M. Gutierrez</u>          <u>4/29/2025</u>
Signature                                 Date

<u>Alexandra M. Gutierrez</u>
Name

<u>Williams & Connolly LLP</u>              <u>202-434-5000</u>
Firm Name (if applicable)                 Telephone Number

<u>680 Maine Avenue SW</u>                  <u>202-434-5029</u>
Address                                   Fax Number

<u>Washington, DC 20024</u>                 <u>AGutierrez@wc.com</u>
City, State, Zip Code                     Email (required)

Court of Appeals Bar Number: <u>1216405</u>

Has this case or any related case previously been on appeal?

[ ] No         [✓] Yes   Court of Appeals No. <u>25-1206</u>

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).