# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-8012    **Short Title:** Monterey Bay Aquarium Fdt

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

<u>Monterey Bay Aquarium Foundation</u> as the

[ ] appellant(s)　　　　　[ ] appellee(s)　　　　　[ ] amicus curiae

[✔] petitioner(s)　　　　[ ] respondent(s)　　　　[ ] intervenor(s)

<u>/s/ Russell B. Pierce, Jr.</u>　　　　<u>April 30, 2025</u>
Signature　　　　　　　　　　　　　　Date

<u>Russell B. Pierce, Jr., Esq.</u>
Name

<u>Norman, Hanson & DeTroy, LLC</u>　　<u>(207) 774-7000</u>
Firm Name (if applicable)　　　　　　Telephone Number

<u>Two Canal Plaza, P.O. Box 4600</u>　　<u>(207) 775-0806</u>
Address　　　　　　　　　　　　　　Fax Number

<u>Portland, ME  04112-4600</u>　　　　<u>rpierce@nhdlaw.com</u>
City, State, Zip Code　　　　　　　　Email (required)

Court of Appeals Bar Number: <u>46573</u>

Has this case or any related case previously been on appeal?

[ ] No　　　[✔] Yes   Court of Appeals No. <u>25-1206</u>

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.**  New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.**  Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).