UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | |
|---|---|
| MONTEREY BAY AQUARIUM FOUNDATION, | ) |
| | ) |
| Defendant-Petitioner, | ) |
| | ) |
| v. | ) No. 25-8012 |
| | ) |
| BEAN MAINE LOBSTER, INC., *et al.*, | ) |
| | ) |
| Plaintiffs-Respondents. | ) |

**UNOPPOSED MOTION OF PUBLIC CITIZEN
FOR LEAVE TO FILE BRIEF AS AMICUS CURIAE
SUPPORTING PETITION FOR PERMISSION TO APPEAL
PURSUANT TO 28 U.S.C. § 1292(b)**

Public Citizen moves the Court to grant it leave to file the accompanying brief as amicus curiae supporting the petition of Monterey Bay Aquarium Foundation ("MBAF") for permission to appeal.

Amicus curiae Public Citizen is a nonprofit consumer-advocacy organization with members in all 50 states. Public Citizen appears on behalf of its members before Congress, administrative agencies, and the courts on a wide range of issues involving protection of consumers and workers, public health and safety, and maintaining openness and integrity in government. Public Citizen also issues many reports and press statements broadly criticizing various industry and political groups and calling for consumer action to vindicate the public interest, and it encourages its members and supporters to express their own views about the problems that Public Citizen

describes. The reasoning of the court below threatens to expose Public Citizen and its members to the burdens of meritless libel litigation, which is notoriously expensive and time-consuming.

The proposed amicus brief addresses the importance of the two issues addressed by MBAF's petition for permission to pursue an interlocutory appeal—whether the allegedly defamatory statements in MBAF's report were of and concerning plaintiffs and whether the statements expressed protected opinion or made actionable statements of fact—but discusses different aspects of those issues and hence is not duplicative. On the "of and concerning" issue, the proposed brief argues that even the cases cited below to support the "special circumstances" exception to the rule against group libel claims show that the exception does not extend to individual members of a group as large as several thousand, and that the reasoning used by the court below would extend that exception to almost all group libel claims, essentially swallowing the rule against group libel claims. On the opinion issue, the amicus brief argues that the gist of plaintiffs' claim is a disagreement with MBAF's judgment that all lobstermen fishing for lobster in the Gulf of Maine should bear responsibility for the problems created for the right whale by the fishery as a whole, regardless of how careful Maine lobstermen may be, and with MBAF's rating decision and recommendation to consumers, none of which can properly be treated

as actionable statements of fact.

Counsel for both petitioner and respondent have authorized Public Citizen to state that the parties do not oppose this motion for leave to file as amicus curiae.

## CONCLUSION

The motion for leave to file as amicus curiae should be granted.

Respectfully submitted,

　/s/ Paul Alan Levy　　　
Paul Alan Levy

Public Citizen Litigation Group
1600 20th Street, N.W.
Washington, D.C. 20009
(202) 588-7725
plevy@citizen.org

Attorney for Public Citizen

May 1, 2025

## CERTIFICATE OF SERVICE

I hereby certify that, on this 1st day of May, 2025, I am filing this motion by the Court's ECF system, which will effect service on counsel for all parties.

      /s/  Paul Alan Levy
Paul Alan Levy (pro hac vice)
Public Citizen Litigation Group
1600 20th Street NW
Washington, D.C. 20009
(202) 588-7725
plevy@citizen.org