# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-8012          **Short Title:** Bean Maine Lobster, Inc., et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

See Attachment                                                                                  as the

[ ] appellant(s)          [✓] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

/s/ Edward P. Boyle                                05/02/2025
Signature                                          Date

Edward P. Boyle
Name

Venable LLP                                        212.808.5675
Firm Name (if applicable)                          Telephone Number

151 West 42nd Street                               212.307.5598
Address                                            Fax Number

New York, NY 10036                                 epboyle@venable.com
City, State, Zip Code                              Email (required)

Court of Appeals Bar Number: 51191

Has this case or any related case previously been on appeal?

[ ] No          [✓] Yes   Court of Appeals No. 25-1206

===========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

**Continuation of Parties Represented as *Appellees* in Case No: 25-8012**

Bean Maine Lobster, Inc., Maine Lobstermen's Association, Inc., Maine Coast Fishermen's Association, Inc., Maine Lobster and Processing, LLC D/B/A Atwood Lobster, LLC., and Bug Catcher, Inc.