# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-8012     **Short Title:** Bean Maine Lobster, Inc., et al

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
See Attachment _____ as the

[ ] appellant(s)     [✓] appellee(s)     [ ] amicus curiae

[ ] petitioner(s)    [ ] respondent(s)    [ ] intervenor(s)

/s/ Megan Barbero
Signature

05/02/2025
Date

Megan Barbero
Name

Venable LLP
Firm Name (if applicable)

202.344.4540
Telephone Number

600 Massachusetts Avenue, NW
Address

202.344.8300
Fax Number

Washington, District of Columbia 20001
City, State, Zip Code

mbarbero@venable.com
Email (required)

Court of Appeals Bar Number: 1136991

Has this case or any related case previously been on appeal?

[ ] No     [✓] Yes   Court of Appeals No. 25-1206

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

**Continuation of Parties Represented as *Appellees* in Case No: 25-8012**

Bean Maine Lobster, Inc., Maine Lobstermen's Association, Inc., Maine Coast Fishermen's Association, Inc., Maine Lobster and Processing, LLC D/B/A Atwood Lobster, LLC., and Bug Catcher, Inc.