UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | |
|---|---|
| MONTEREY BAY AQUARIUM FOUNDATION,<br><br>              Appellant,<br><br>v.<br><br>BEAN MAINE LOBSTER, INC, *et al.*,<br><br>              Appellees. | No. 25-8012 |

**APPELLEES' RULE 26.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Appellate Procedure 26.1, Appellees Bean Maine Lobster, Inc.; Maine Lobstermen's Association, Inc.; Maine Coast Fishermen's Association, Inc.; Maine Lobster and Processing, LLC d/b/a Atwood Lobster, LLC; and Bug Catcher, Inc. hereby certify as follows:

**1.** Appellee Bean Maine Lobster, Inc., has no parent company, and no publicly held corporation owns 10% or more of its stock.

**2.** Appellee Maine Lobstermen's Association, Inc., has no parent company, and no publicly held corporation owns 10% or more of its stock.

**3.** Appellee Maine Coast Fishermen's Association, Inc., has no parent company, and no publicly held corporation owns 10% or more of its stock.

**4.** Appellee Maine Lobster and Processing, LLC, has no parent company, and no publicly held corporation owns 10% or more of its stock.

**5.** Appellee Bug Catcher, Inc., has no parent company, and no publicly held corporation owns 10% or more of its stock.

Dated: May 2, 2025

By: /s/ Edward P. Boyle

VENABLE LLP

Edward P. Boyle (Bar No. 51191)
151 West 42nd Street, 49th Floor
New York, NY 10036
(212) 808-5675
epboyle@venable.com

Megan Barbero (Bar No. 1136991)
600 Massachusetts Avenue, NW
Washington, DC 20001
(202) 344-4540
mbarbero@venable.com

Kyle H. Keraga (Bar No. 1214412)
750 East Pratt Street, Suite 900
Baltimore, MD 21202
(410) 244-7650
khkeraga@venable.com

RUPRECHT & BISCHOFF LLP

Clifford Ruprecht (Bar No. 74826)
75 Market Street, Suite 303
Portland, ME 04101
(207) 618-5400
cruprecht@rb-lawyers.com

*Attorneys for Appellees Bean Maine Lobster, Inc.; Maine Lobstermen's Association, Inc.; Maine Coast Fishermen's Association, Inc.; Maine Lobster and Processing, LLC d/b/a/ Atwood Lobster, LLC, and Bug Catcher, Inc.*