25-8012

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

BEAN MAINE LOBSTER, INC., et al.,

*Plaintiffs – Respondents*,

v.

MONTEREY BAY AQUARIUM FOUNDATION,

*Defendant – Petitioner*.

On Appeal from the United States District Court for the District of Maine
Case No. 2:23-cv-00129-JAW (Hon. John A. Woodcock, Jr.)

**UNOPPOSED MOTION OF THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS, NEW ENGLAND FIRST AMENDMENT COALITION, MAINE CENTER FOR PUBLIC INTEREST REPORTING, AND MAINE PRO CHAPTER, SOCIETY FOR PROFESSIONAL JOURNALISTS FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF DEFENDANT'S PETITION TO APPEAL**

Lisa Zycherman*
Mara Gassmann*
Abigail Sintim*
REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th Street NW, Ste. 1020
Washington, D.C. 20005
Phone: 202-795-9300
lzycherman@rcfp.org
   *Of Counsel

Sigmund D. Schutz, Esq., #80591
Alexandra A. Harriman, Esq., #1196232
Preti Flaherty, LLP
One City Center
Portland, ME 04101
Phone: 207-791-3000
sschutz@preti.com
aharriman@preti.com

*Counsel for Proposed Amici Curiae*

The Reporters Committee for Freedom of the Press ("Reporters Committee"), Maine Center for Investigative Reporting, New England First Amendment Coalition, and Maine Pro Chapter, Society of Professional Journalists (together, "amici"), by and through undersigned counsel, respectfully move for leave to file the attached proposed amici curiae brief in support of Defendant-Petitioner's Petition for Permission to Appeal pursuant to Federal Rules of Appellate Procedure 27 and 29.

Amici previously filed in support of certification for review in the District Court.  *See* Amici Curiae Br. of the Reps. Comm. for Freedom of the Press, N.E. First Amend. Coal., Me. Ctr. for Pub. Interest Reporting, and Me. Pro Chapter, Soc'y of Pro. Journalists*, Me. Bean Lobster, et al. v. Monterey Bay Aquarium Found.*, No. 23-cv-00129 (Mar. 6, 2025) (ECF No. 72-1).  In support of this Motion for Leave, amici state as follows:

Both Plaintiffs-Respondents and Defendant-Petitioner have stated that they do not oppose the filing of this brief.

Amici are organizations that advocate on behalf of the press and have an interest in the protections under the First Amendment embedded in libel law, including new legal interpretations that may chill journalists' ability to publish news and commentary.  Amici are familiar with the issues presented, and the practical ramifications for the news media, and seek to provide information that

22962372.1

may be useful to the Court in its decisional process. The Reporters Committee regularly files amicus briefs in state and federal courts on issues affecting the newsgathering and First Amendment rights of journalists. *See* Br. for Reps. Comm. for Freedom of the Press as Amicus Curiae, *Cent. Me. Power Co. v. Me. Comm'n on Govt'l Ethics & Election Practices,* No. 24-1265 (1st Cir. July 31, 2024) (First Amendment challenge to media "due diligence" requirement); Br. for Reps. Comm. for Freedom of the Press & 14 Media Orgs. as Amici Curiae, *Thurlow v. Nelson,* 263 A.3d 494 (Me. 2021) (No. CUM-20-63), filed June 22, 2021 (Maine Anti-SLAPP law); Br. for Reps. Comm. for Freedom of the Press & 15 Media Orgs. as Amici Curiae, *Doe v. Volokh,* 78 F.4th 38 (1st Cir. 2023) (No. 22-1525), filed Sept. 19, 2022 (court access); Br. for Knight First Amend. Inst., Reps. Comm. for Freedom of the Press, & 12 Media Orgs. as Amici Curiae, *Alasaad v. Wolf*, 988 F.3d 8 (1st Cir. 2021) (Nos. 20-1077, 20-1081), filed Aug. 7, 2020 (newsgathering materials and source protection).

Amici write specifically to underline the problems that the Court's novel applications of the group libel doctrine and the law of opinion in its February 6, 2025 Order pose for the press. *See* Order on Mot. to Dismiss at 108 (ECF No. 56) [hereinafter "Order"]. The rule against group libel protects the ability of the press to perform its constitutionally recognized role of keeping the public informed about matters of public concern. If it is applied as set out in the Order, courts

would see an "unwarranted proliferation of litigation"—including litigation arising out of news reporting about organizations and groups—that would come with a significant "cost to free expression." Hon. Robert D. Sack, *Sack on Defamation: Libel, Slander, and Related Problems* § 2:9:4, at 1-187 (5th ed. 2017); *see, e.g.*, *Mich. United Conservation Clubs v. CBS News*, 485 F. Supp. 893, 900 (W.D. Mich. 1980), *aff'd sub nom.*, *Mich. United Conservation Clubs v. CBS News*, 665 F.2d 110 (6th Cir. 1981) ("If plaintiffs were allowed to proceed with this claim, it could invite any number of vexatious lawsuits and seriously interfere with public discussion of issues, or groups, which are in the public eye . . . [s]uch suits would be especially damaging to the media, and could result in the public receiving less information about topics of general concern.").

Amici also have a strong interest in the constitutional protections for scientific and policy commentary, and for opinions formed from facts disclosed to the audience. It is essential that policy reports, including ones involving complex data requiring editorial judgment, are protected as nonactionable opinion.

The misguided interpretations of the aforementioned principles of law will be profoundly detrimental to news reporting on issues of public importance. The Order's novel holdings warrant immediate review of these questions to avoid unnecessarily chilling speech, including news reporting and commentary.

This brief is filed to provide the Court with the perspective of the news media and is not being offered to harass, cause delay, or for any other improper purpose.

## AMICI INTEREST STATEMENTS

The **Reporters Committee** is an unincorporated nonprofit association. It was founded by leading journalists and media lawyers in 1970 when the nation's news media faced an unprecedented wave of government subpoenas forcing reporters to name confidential sources. Today, its attorneys provide *pro bono* legal representation, amicus curiae support, and other legal resources to protect First Amendment freedoms and the newsgathering rights of journalists.

The **New England First Amendment Coalition** ("NEFAC") is the region's leading defender of First Amendment freedoms and government transparency — the foundation of a healthy democracy. Its board members, advisors and partners include lawyers, journalists, historians, librarians and academics, as well as other private citizens and advocates whose core beliefs include the principles of the First Amendment. The coalition aspires to advance and protect the five freedoms of the First Amendment, and the principle of the public's right to know about government, in Connecticut, Maine, Massachusetts, New Hampshire, Rhode Island and Vermont. In collaboration with other like-minded advocacy organizations, NEFAC also seeks

to advance understanding of the First Amendment across the nation and freedom of speech and press issues around the world.

The **Maine Center for Public Interest Reporting** is a non-profit organization founded in 2009 to address Maine's need for investigative reporting on issues impacting local communities. It publishes The Maine Monitor, dedicated to delivering high-quality, nonpartisan investigative and explanatory journalism to inform Mainers about issues impacting our state and empower them to be engaged citizens, and to keeping that reporting free to read and republish.

The **Maine Pro Chapter, Society of Professional Journalists** is a chapter for Maine-based reporters of the Society of Professional Journalists ("SPJ"), the nation's largest and most broad-based journalism organization, dedicated to encouraging the free practice of journalism and stimulating high standards of ethical behavior. Founded in 1909 as Sigma Delta Chi, SPJ promotes the free flow of information vital to a well-informed citizenry, works to inspire and educate the next generation of journalists and protects First Amendment guarantees of freedom of speech and press.

For the foregoing reasons, amici respectfully request that the Court grant this motion for leave and accept the accompanying brief of amici curiae for filing.

5

22962372.1

to advance understanding of the First Amendment across the nation and freedom of speech and press issues around the world.

The **Maine Center for Public Interest Reporting** is a non-profit organization founded in 2009 to address Maine's need for investigative reporting on issues impacting local communities. It publishes The Maine Monitor, dedicated to delivering high-quality, nonpartisan investigative and explanatory journalism to inform Mainers about issues impacting our state and empower them to be engaged citizens, and to keeping that reporting free to read and republish.

The **Maine Pro Chapter, Society of Professional Journalists** is a chapter for Maine-based reporters of the Society of Professional Journalists ("SPJ"), the nation's largest and most broad-based journalism organization, dedicated to encouraging the free practice of journalism and stimulating high standards of ethical behavior. Founded in 1909 as Sigma Delta Chi, SPJ promotes the free flow of information vital to a well-informed citizenry, works to inspire and educate the next generation of journalists and protects First Amendment guarantees of freedom of speech and press.

For the foregoing reasons, amici respectfully request that the Court grant this motion for leave and accept the accompanying brief of amici curiae for filing.

DATED: May 2, 2025                    Respectfully submitted,

*/s/ Sigmund D. Schutz*
Sigmund D. Schutz, Esq., #80591
Alexandra A. Harriman, Esq., #1196232
Preti Flaherty, LLP
One City Center
Portland, ME 04101
Phone: 207-791-3000
sschutz@preti.com
aharriman@preti.com

*Counsel for Proposed Amici Curiae*

Lisa Zycherman*
Mara Gassmann*
Abigail Sintim*
REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th Street NW, Ste. 1020
Washington, D.C. 20005
Phone: 202-795-9300
lzycherman@rcfp.org

**Of Counsel*

22962372.1

## CERTIFICATE OF SERVICE

      I, Sigmund D. Schutz, hereby certify that I have filed the foregoing Motion for Leave of Amici Curiae electronically with the Clerk of the Court for the United States Court of Appeals for the First Circuit using the appellate CM/ECF system. I certify that all participants in this case are registered as CM/ECF Filers and that they will be served by the CM/ECF system.

DATED: May 2, 2025                  */s/ Sigmund D. Schutz*
                                           Sigmund D. Schutz, Esq., #80591

                                           *Counsel for Proposed Amici Curiae*

22962372.1