# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-8012            **Short Title:** Bean Maine Lobster, Inc. et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

<u>See Attached</u>                                                                                                 as the

[ ] appellant(s)           [ ] appellee(s)              [ ] amicus curiae

[ ] petitioner(s)          [✔] respondent(s)            [ ] intervenor(s)

<u>/s/ Clifford Ruprecht</u>                        <u>05/02/2025</u>
Signature                                            Date

<u>Clifford Ruprecht</u>
Name

<u>Ruprecht & Bischoff LLP</u>                    <u>(207) 618-5400</u>
Firm Name (if applicable)                            Telephone Number

<u>75 Market Street, Suite 303</u>
Address                                              Fax Number

<u>Portland, ME 04101</u>                          <u>cruprecht@rb-lawyers.com</u>
City, State, Zip Code                                Email (required)

Court of Appeals Bar Number: <u>74826</u>

Has this case or any related case previously been on appeal?

[ ] No          [✔] Yes   Court of Appeals No. <u>25-1206</u>

========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**.  New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**.  Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).