**Continuation of Parties Represented as Appellees in Case No: 25-8012**

Bean Maine Lobster, Inc.; Maine Lobstermen's Association, Inc.; Maine Coast Fishermen's Association, Inc.; Maine Lobster and Processing, LLC d/b/a Atwood Lobster, LLC.; and Bug Catcher, Inc.