# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-8012            **Short Title:** Bean Maine Lobster, Inc., et al

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

See Attachment                                                                                          as the

[ ] appellant(s)          [✓] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

/s/ Kevin J. Lipson                                  05/05/2025
Signature                                            Date

Kevin J. Lipson
Name

Venable LLP                                          202.344.4415
Firm Name (if applicable)                            Telephone Number

600 Massachusetts Avenue, NW                         202.344.8300
Address                                              Fax Number

Washington, District of Columbia 20001               kevin.lipson@venable.com
City, State, Zip Code                                Email (required)

Court of Appeals Bar Number: 1215936

Has this case or any related case previously been on appeal?

[ ] No            [✓] Yes    Court of Appeals No. 25-1206

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

**Continuation of Parties Represented as *Appellees* in Case No: 25-8012**

Bean Maine Lobster, Inc., Maine Lobstermen's Association, Inc., Maine Coast Fishermen's Association, Inc., Maine Lobster and Processing, LLC D/B/A Atwood Lobster, LLC., and Bug Catcher, Inc.