# United States Court of Appeals
## For the First Circuit

No. 25-8012

BEAN MAINE LOBSTER, INC.; MAINE LOBSTERMEN'S ASSOCIATION; MAINE COAST FISHERMEN'S ASSOCIATION, INC.; MAINE LOBSTER AND PROCESSING, LLC, d/b/a Atwood Lobster, LLC.; BUG CATCHER, INC.,

Plaintiffs - Respondents,

v.

MONTEREY BAY AQUARIUM FOUNDATION,

Defendant - Petitioner.

**ORDER OF COURT**

Entered: May 5, 2025
Pursuant to 1st Cir. R. 27.0(d)

On May 1, 2025, Public Citizen filed a brief as amicus curiae. The brief is non-compliant because the caption on the front cover of the brief does not match the caption used by the court. See Fed. R. App. P. 29(a)(4) and 32(a)(2)(C). Additionally, the brief does not contain the name of lower court and name, office address, and telephone number of counsel on the cover. See Fed. R. App. P. 32(a)(2)(B) and 32(a)(2)(F). Also, the brief must contain a disclosure statement, table of contents, and table of authorities. See Fed. R. App. P. 29(a)(4)(A), (B), and (C). Furthermore, Attorney Paul Alan Levy must file an appearance form required by 1st Cir. R. 12.0(a) and 46.0(a)(2). A corrected amicus brief and an appearance form must be filed no later than **May 12, 2025**.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Russell B. Pierce, Jr., Lisa S. Blatt, Amy Mason Saharia, Daniel Joseph Bergeson, John David Pernick, Rebecca N. Kaufman, Joseph M. Terry, Claire Rossell Cahill, Alexandra Gutierrez, Nicholas G. Gamse, Edward P. Boyle, Clifford H. Ruprecht, Megan Barbero, Kyle H. Keraga, Dov S. Levavi, Kevin J. Lipson, Jeremy C. Sykes, Reyzel Rose Farkish, Sigmund D. Schutz, Alexandra A. Harriman, Mara Gassmann, Lisa Zycherman, Abigail Sintim, Paul Alan Levy