# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-8012          **Short Title:** Bean Maine Lobster v Montere

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Public Citizen _____ as the

[ ] appellant(s)          [ ] appellee(s)          [✔] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

/s/ Paul Alan Levy
Signature

May 5, 2025
Date

Paul Alan Levy
Name

Public Citizen Litigation Group
Firm Name (if applicable)

2025887725
Telephone Number

1600 20th Street NW
Address

Fax Number

Washington, D.C. 20009
City, State, Zip Code

plevy@citizen.org
Email (required)

Court of Appeals Bar Number: 23260

Has this case or any related case previously been on appeal?

[ ] No          [✔] Yes     Court of Appeals No. 25-1206

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).