# United States Court of Appeals
## For the First Circuit

## NOTICE OF APPEARANCE

**No.** 25-8012     **Short Title:** Bean Maine v. Monterey Bay

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Monterey Bay Aquarium Foundation                                       as the

[ ] appellant(s)          [ ] appellee(s)          [✔] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

/s/ Sigmund D. Schutz                          May 12, 2025
Signature                                      Date

Sigmund D. Schutz. Esq.
Name

Preti Flaherty LLP                             207-791-3000
Firm Name (if applicable)                      Telephone Number

P.O. Box 9546                                  207-791-3111
Address                                        Fax Number

Portland, ME  04112-9546                       sschutz@preti.com
City, State, Zip Code                          Email (required)

Court of Appeals Bar Number: 80591

Has this case or any related case previously been on appeal?

[ ] No          [✔] Yes   Court of Appeals No. 25-1206

==============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).

[Print]     [Reset]